THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE HORAN, Also Known as DINO CAROSELLI, Appellant. [952 NYS2d 473]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Eng, P.J., Skelos, Lott and Cohen, JJ., concur.